The Honorable Tana Lin

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

NICKI APAYDIN, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

ROVER GROUP, INC.,

Defendant.

Case No. 2:26-cv-03055-TL

STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

NOTE ON MOTION CALENDAR: November 5, 2026

Plaintiff Nicki Apaydin ("Plaintiff") and Defendant A Place for Rover, Inc.[1] ("Rover") (collectively, the "Parties") stipulate under Local Civil Rule 10(g) and agree as follows:

1. On April 21, 2026, Plaintiff filed this case in the Central District of California. Dkt. 1.

2. On July 24, 2026, Rover filed a Notice of Motion and Motion to Compel Arbitration in the Central District of California proceedings. Dkt. 15.

3. On August 19, 2026, the Parties stipulated that this case could be transferred to the Western District of Washington. Dkt. 19.

4. On August 24, 2026, the Central District of California court approved the Parties' stipulation, and transferred this case to the Western District of Washington. Dkt. 20.

[1] Defendant A Place for Rover, Inc. was erroneously named as Rover Group, Inc.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5. On September 19, 2026, this Court entered an order setting deadlines for the Parties' FRCP 26(f) conference, the Parties to exchange Initial Disclosures, and the Parties' Combined Joint Status Report and Discovery Plan. Dkt. 27.

6. There are currently no other pending deadlines in this case.

7. On October 28, 2026, undersigned counsel for Rover first appeared in this action. Dkts. 28, 29; *see also* Dkt. 30.

8. Rover expects to again move to compel arbitration of this dispute.

9. To allow time for orderly resolution of Rover's impending motion to compel arbitration, the Parties agree and stipulate (subject to Court approval) to the following briefing deadlines:

a. Rover's deadline to file motion to compel arbitration: November 6, 2026;

b. Plaintiff's deadline to file any opposition: December 18, 2026;

c. Rover's deadline to file any reply: January 15, 2027.

10. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' briefing deadlines. The Parties' are engaged in ongoing discussions regarding matters related to Rover's impending motion to compel arbitration and other case scheduling issues. An extended briefing schedule will assist Rover's undersigned counsel in getting up to speed on those matters to be able work effectively with Plaintiff's counsel. Further, the Parties' and counsels' scheduling conflicts, as well as the intervening holiday season, pose issues with the default briefing schedule.



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

11. The Parties have not sought or obtained any prior extensions in this matter since it has been transferred to the Western District of Washington. The Parties previously sought an extension to Rover's deadline to file a response to the Complaint while this matter was pending in the Central District of California.

SO STIPULATED this 5th day of November, 2026.

JANOVE PLLC

By: *s/ Raphael Janove*
Raphael Janove, WSBA No. 64988
115 Broadway, 5th Floor
New York, NY 10006
Telephone: 646-347-3940
Email: raphael@janove.law

*Attorneys for Plaintiff Nicki Apaydin*

DAVIS WRIGHT TREMAINE LLP

By: *s/ Sean M. Sullivan*
SEAN M. SULLIVAN, *Pro Hac Vice*
Davis Wright Tremaine LLP
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071
Telephone: 213-633-6800
Email: seansullivan@dwt.com

By: *s/ Alec Zatirka*
ALEC ZATIRKA, WSBA No. 63873
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-622-3150
Email: aleczatirka@dwt.com

*Attorneys for Defendant A Place for Rover, Inc.*

**~~[PROPOSED]~~ ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and SETS the following briefing schedule:

| | |
|---|---|
| Rover's deadline to file motion to compel arbitration: | November 6, 2026; |
| Plaintiff's deadline to file any opposition: | December 18, 2026; |
| Rover's deadline to file any reply: | January 15, 2027. |

IT IS SO ORDERED this 6th day of November, 2026.

Honorable Tana Lin
UNITED STATES DISTRICT JUDGE



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax